DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN DOBROWSKI,

Appellant,

v.

ABBA'S HAVEN, LLC, and CENTERSTONE OF FLORIDA, INC.,

Appellees.

No. 2D23-933

_____

January 31, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Manatee County; Edward Nicholas, Judge.

Christopher Kubacki of Kubacki Law, PLLC, Treasure Island, for Appellant.

Kurt T. Koehler of Cole, Scott & Kissane, P.A., Jacksonville, for Appellee Centerstone of Florida, Inc.

David G. Taylor of Sarasota, for Appellee Abba's Haven, LLC.

PER CURIAM.

Affirmed.

CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.